HENRY BESTE et al., Appellants *v.* HENRY S. BURGER et al.,
Respondents.

(Submitted June 18, 1888; decided June 29, 1888.)

APPEAL from judgment of the General Term of the Court of
Common Pleas in and for the city and county of New York,
entered upon an order made December 7, 1885, which affirmed
a judgment in favor of defendants, entered upon a decision of
the court on trial at Special Term.

This action was brought by judgment-creditors of a firm
to set aside an assignment made by surviving members of the
firm for the benefit of creditors.

The contention of plaintiffs was that the surviving members
had no right to make the assignment. Held otherwise on
authority of *Williams* v. *Whedon* (109 N. Y. 333).

Plaintiff sought to prove declarations of the assignors after
the assignment, this was objected to as incompetent against
the assignee; after this objection the offer was persisted in by
plaintiffs without any suggestion that the evidence was com-
petent as against the parties making the declarations. The
objection was sustained. *Held*, no error, that as the evidence
was offered against all the defendants it was properly excluded.

*Coudert Brothers* for appellants.

*W. W. MacFarland* for respondents.

EARL, J., reads for affirmance.
All concur.
Judgment affirmed.